United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIAS KHARSA,

          Plaintiff,

     v.

SLICK NETWORKS INC,

          Defendant.

Case No. 25-cv-05184-AMO

**ORDER TO SHOW CAUSE**

      This action was filed on June 19, 2025.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that September 17, 2025 was the last day to complete service.  To date, no proof of service has been filed.

      Accordingly, by no later than October 2, 2025, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant pursuant to Rule 4(m).

      **IT IS SO ORDERED.**

Dated: September 18, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**