25-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS KHARSA,<br><br>          Plaintiff,<br><br>    v.<br><br>SLICK NETWORKS INC,<br><br>          Defendant. | Case No. 25-cv-05184-AMO<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

This putative class action was filed on June 19, 2025. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had 90 days to complete service of the complaint and summons on Defendant, such that September 17, 2025 was the last day to complete service.

Having received no proof of service of the summons and complaint, the Court, on September 18, 2025, issued an order, directing Plaintiff to show cause, by no later than October 2, 2025, why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant pursuant to Rule 4(m).

Plaintiff filed no response to the order to show cause. Nor has Plaintiff filed a certificate of service demonstrating compliance with the 90-day deadline to serve the summons and complaint. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m). The Clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 3, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**